**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | |
|---|---|
| **ROGER PHILLIPS,** : | |
| : | |
| **Plaintiff,** : | **CASE NO:** |
| v. : | **7:25-cv-75–WLS** |
| **STATE FARM,** : | |
| : | |
| **Defendant.** : | |
| _____ : | |

## **ORDER**

Pursuant to this Court's Initial Discovery Order/Rules 16 and 26 Order (Doc. 5) ("Rule 16/26 Order") the initial discovery conference in this case is scheduled for Tuesday, August 26, 2025.

Presently before the Court is Plaintiff's Response to Defendant's Motion to Dismiss (Doc. 10) ("Response") filed August 20, 2025. Therein, Plaintiff, through recently retained counsel, responds to Putative Defendant's Motion to Dismiss (Doc. 7) ("Motion to Dismiss"). Plaintiff opposes the Motion to Dismiss, and alternatively, requests leave for his counsel to file an amended complaint. The Court finds it will be more efficient to determine whether to allow Plaintiff to amend his complaint prior to scheduling discovery deadlines or ruling on the Motion to Dismiss.

Accordingly, it is hereby **ORDERED** that:

1. On or before **Friday, August 29, 2025**, Defendant may file a response to Plaintiff's request for leave to file an amended complaint (Doc. 10 at 3–4). No additional briefs shall be filed except upon leave of Court.

2. The in-person initial discovery conference in this matter currently scheduled for Tuesday, August 26, 2025, is **SUSPENDED**. The conference will be re-noticed at the appropriate time, if necessary. The parties are relieved of the responsibility to file a joint

proposed scheduling/discovery order required by the Rule 16/26 Order pending further order of the Court.

**SO ORDERED**, this 21st day of August 2025.

/s/W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**
