# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **ROGER PHILLIPS,** : | |
| : | |
| **Plaintiff,** : | **CASE NO:** |
| v. : | **7:25-cv-75–WLS** |
| **STATE FARM,** : | |
| : | |
| **Defendant.** : | |

## ORDER

Pending before the Court is Putative Defendant's Motion to Dismiss (Doc. 7) ("Motion to Dismiss"). On September 5, 2025, Plaintiff filed an Amended Complaint for Damages (Doc. 14). Upon the filing of the Amended Complaint, pending motions to dismiss with respect to the prior complaint became moot.

Accordingly, the Court **DENIES AS MOOT**, without prejudice, the Motion to Dismiss (Doc. 7).

**SO ORDERED**, this 8th day of September 2025.

                                                **/s/W. Louis Sands**
                                                **W. LOUIS SANDS, SR. JUDGE**
                                                **UNITED STATES DISTRICT COURT**